JAMES McDONEL and ano., Respondents, *v.* VALENTINE JACKY and ano., Appellants.

[Submitted Sept. 28, 1898.  Decided Oct. 3, 1898.]

[For Syllabus see *State ex rel.* v. *Mayhew*, ante p. 93.]

*Appeal from District Court, Granite County; Theodore Brantly, Judge.*

Action by James McDonel and David W. Hennessy against

Valentine Jacky and Edgar I. Holland.    From judgment for plaintiffs, defendants appeal.    Reversed.

*W. E. Moore*, for Appellants.

*C. B. Nolan*, for Respondents.

PER CURIAM.—It is conceded that all the material facts and circumstances presented by the record in this case are precisely like those involved in *State* v. *Mayhew* (decided by this court April 18th last), 21 Mont. 93, 52 Pac. 981.   Upon the authority of that case, the judgment appealed from in this case is reversed, and the cause remanded, with direction to the district court to render judgment in favor of appellants.

*Reversed and remanded.*